**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph T. Flatt Sr. <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4635 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Terri L. Flatt <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1237 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   23–20665–JAD | | |

## Order of Discharge                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph T. Flatt Sr.                    Terri L. Flatt

7/12/23                    **By the court:**   Jeffery A. Deller
                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joseph T. Flatt, Sr.  
Terri L. Flatt  
    Debtors

Case No. 23-20665-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 12, 2023 | Form ID: 318 | Total Noticed: 42 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph T. Flatt, Sr., Terri L. Flatt, 13 Overhill Drive, Monessen, PA 15062-2505 |
| tr | ++ | LISA M SWOPE, NEUGEBAUER & SWOPE P C, 219 SOUTH CENTER STREET P O BOX 270, EBENSBURG PA 15931-0270 address filed with court:, Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| 15585401 | + | Advanced Dermatology, 500 Lewis Run Road north, Suite 217, West Mifflin, PA 15122-3070 |
| 15585400 | | Advanced Dermatology, PO Box 947046, Atlanta, GA 30394-7046 |
| 15585425 | + | Gateway Foot & Ankle PC, 17 Artzen Blvd #103, Charleroi, PA 15022-1085 |
| 15585431 | + | Med Express, 1751 Earl Core Road, Morgantown, WV 26505-5891 |
| 15585430 | + | Med Express, 860 Rostraver Road, Belle Vernon, PA 15012-1945 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BLMSWOPE | Jul 13 2023 04:07:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| smg | | EDI: PENNDEPTREV | Jul 13 2023 04:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2023 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 13 2023 04:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2023 00:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jul 13 2023 04:07:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Jul 13 2023 04:07:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15585402 | + | Email/Text: backoffice@affirm.com | Jul 13 2023 00:23:00 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15585407 | + | EDI: CAPITALONE.COM | Jul 13 2023 04:07:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15585404 | + | EDI: CAPITALONE.COM | Jul 13 2023 04:07:00 | Capital One, Po Box 31293, Salt Lake City, UT |

| | | | |
|---|---|---|---|
| | | | 84131-0293 |
| 15585411 | + EDI: CAPONEAUTO.COM | Jul 13 2023 04:10:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15585410 | EDI: CAPONEAUTO.COM | Jul 13 2023 04:10:00 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15585414 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2023 00:24:02 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15585412 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2023 00:23:45 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15585416 | + EDI: DISCOVER.COM | Jul 13 2023 04:07:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15585417 | + EDI: DISCOVER.COM | Jul 13 2023 04:07:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15585419 | Email/Text: BNSFN@capitalsvcs.com | Jul 13 2023 00:21:00 | First National Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15585420 | Email/Text: BNSFN@capitalsvcs.com | Jul 13 2023 00:21:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 15585418 | EDI: BLUESTEM | Jul 13 2023 04:10:00 | Fingerhut Advantage, PO Box 70281, Philadelphia, PA 19176-0281 |
| 15585422 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 13 2023 00:21:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15585421 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 13 2023 00:21:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 15585423 | + Email/Text: bk@freedomfinancialnetwork.com | Jul 13 2023 00:21:00 | FreedomPlus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002-2340 |
| 15585424 | + Email/Text: bk@freedomfinancialnetwork.com | Jul 13 2023 00:21:00 | FreedomPlus-Achieve, 1875 South Grant Street, San Mateo, CA 94402-2666 |
| 15585426 | + EDI: PHINGENESIS | Jul 13 2023 04:10:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15585427 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 13 2023 00:22:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15585429 | + Email/Text: bankruptcy@marinerfinance.com | Jul 13 2023 00:21:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15585428 | + Email/Text: bankruptcy@marinerfinance.com | Jul 13 2023 00:21:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15585433 | + Email/Text: Mercury@ebn.phinsolutions.com | Jul 13 2023 00:21:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15585432 | + Email/Text: Mercury@ebn.phinsolutions.com | Jul 13 2023 00:21:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 15585434 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 13 2023 00:23:44 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15585629 | + EDI: RMSC.COM | Jul 13 2023 04:07:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15585436 | + EDI: RMSC.COM | Jul 13 2023 04:07:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15585435 | + EDI: RMSC.COM | Jul 13 2023 04:07:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15585438 | + EDI: RMSC.COM | Jul 13 2023 04:07:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15585437 | + EDI: RMSC.COM | Jul 13 2023 04:07:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, |

Case 23-20665-JAD    Doc 18    Filed 07/14/23    Entered 07/15/23 00:28:52    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2023 | Form ID: 318 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | FL 32896-0001 |
| 15585439 | + | Email/Text: kmattingly@bankofmissouri.com | Jul 13 2023 00:22:00 | TBOM-Milestone, 216 W. 2nd Street, Dixon, MO 65459-8048 |
| 15585441 | + | EDI: TCISOLUTIONS.COM | Jul 13 2023 04:07:00 | Total Visa/Bank of Missouri, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 15585443 | | Email/Text: bankruptcies@uplift.com | Jul 13 2023 00:21:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 15585442 | | Uplift, Inc. |
| aty | *P++ | LISA M SWOPE, NEUGEBAUER & SWOPE P C, 219 SOUTH CENTER STREET P O BOX 270, EBENSBURG PA 15931-0270, address filed with court:, Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| 15585403 | *+ | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15585408 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15585409 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15585405 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15585406 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15585415 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15585413 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15585440 | *+ | TBOM-Milestone, 216 W. 2nd Street, Dixon, MO 65459-8048 |

TOTAL: 2 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Joseph T. Flatt  Sr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Terri L. Flatt julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |

District/off: 0315-2 | User: admin | Page 4 of 4
Date Rcvd: Jul 12, 2023 | Form ID: 318 | Total Noticed: 42

Lisa M. Swope, Chapter 7 Trustee
    on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com,
    PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Lisa M. Swope, Chapter 7 Trustee
    lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6